-O-

FILED
CLERK, U.S. DISTRICT COURT
NOV 16 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:01-CR-1129-VBF |
| Plaintiff, ) | |
| ) | ORDER OF DETENTION AFTER |
| v. ) | HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| ) | Allegations of Violations of Probation |
| Juan Manuel Ibarra ) | Supervised Release) |
| Hernandez ) | Conditions of Release) |
| Defendant. ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) [X] the appearance of defendant as required; and/or

(B) [X] the safety of any person or the community.

//
//

The court concludes:

A.  (X)  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will obey conditions or refrain from criminal conduct._

(B)  (X)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will obey conditions. Defendant is in U.S. illegally + has no bail resources._

IT IS ORDERED that defendant be detained.

DATED: 11/16/10

/s/ S.H. Segal
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2